UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM BARROCA, | No. CR-94-0470 EMC |
| Petitioner, | |
| v. | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| UNITED STATES OF AMERICA, | **(Docket No. 917)** |
| Respondent. | |

Petitioner Robert William Barroca has filed a notice of appeal and request for a certificate of appealability under 28 U.S.C. § 2253 and Federal Rule of Appellate Procedure 22(b).

Petitioner's request for a certificate of appealability is **DENIED,** because Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

The Clerk shall forward to the court of appeals the case file, including this order. *See United States v. Asrar,* 116 F.3d 1268, 1270 (9th Cir. 1997).

IT IS SO ORDERED.

Dated: December 15, 2014

_____
EDWARD M. CHEN
United States District Judge