JEREMY GORDON, Esq.
Jeremy Gordon, PLLC
1848 Lone Star Road, Suite 106
Mansfield, TX 76063
Tel: 972-483-4865
Fax: 972-584-9230
Email: Jeremy@gordondefense.com
TX Bar # 24049810
*Counsel Pro Hac Vice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT WILLIAM BAROCCA,<br><br>Defendant | Case No.: CR 94-0470-01-EMC<br><br>**ORDER ON STIPULATION REGARDING ENLARGEMENT OF TIME TO FILE REPLY TO RESPONSE TO MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(2)** |

Before the Court is the party's Stipulation Regarding Enlargement of Time to File Reply to Response to Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(2). The stipulation seeks an enlargement of time for the Defendant to file a Reply to Response to Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(2) and setting the reply date for June 10, 2016. After reviewing the stipulation, the Court will set the date for the reply date for June 10, 2016.

SO ORDERED this 13th day of May, 2016.

_____
Edward M. Chen
United States District Judge